IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID LEE TIDWELL
ADC #141699                                                              PETITIONER

v.                          No. 5:14-cv-290-DPM-JTK

WENDY KELLEY,* Director,
Arkansas Department of Correction                                         RESPONDENT

## ORDER

Unopposed recommendation, № 14, adopted in substance. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Tidwell's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

10 August 2015

---

*The Court directs the Clerk to amend the docket to reflect the current Director of the Arkansas Department of Correction, Wendy Kelley. FED. R. CIV. P. 25(d).